H. Ty Kharazi, Esq.; SBN 187894
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant,
CHASE INC., dba SLATER SHELL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

          Plaintiff,

  vs.

CHASE, INC., dba SLATER SHELL,

          Defendant.

Case No. 1:14-cv-01178 SKO

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON**

**Date:**  December 2, 2014
**Time:** 9:30 a.m.
**Courtroom:** 7
**Judge:** Hon. Sheila K. Oberto,
          U.S. Magistrate Judge

**TO THE HONORABLE SHEILA K. OBERTO, U.S. MAGISTRATE JUDGE:**

      IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Chase, Inc., dba Slater Shell ("Defendant" and together with Plaintiff, "the Parties"), through their respective counsel, and subject to the Court's Order, that the Scheduling Conference currently set for December 2, 2014, at 9:30 a.m. in Courtroom 7 before the Honorable Magistrate Judge Sheila K. Oberto, be continued to **January 29, 2015,** at **9:30 a.m.** in Courtroom 7.

      This continuance was requested by Defendants due to Defendants' counsel's ongoing jury trial before the Fresno County Superior Court. Because of the aforementioned trial, Defense counsel has not been able to meet and confer with Plaintiff's counsel and finalize the scheduling conference

1  statement. Plaintiff has agreed to this continuance and there have been no prior requests for
2  continuances.

3  **IT IS SO STIPULATED:**

4                                    **MOORE LAW FIRM, P.C.**

5                                     /s/ Tanya E. Moore
   Dated: November 24, 2014.    _____
6                                    TANYA E. MOORE, Attorney for Plaintiff,
7                                    RONALD MOORE

8                                    **YARRA, KHARAZI & CLASON**

9                                    /s/ H. Ty Kharazi
10  Dated: November 24, 2014.   _____
11                                   H. TY KHARAZI, Attorney for Defendants,
                                     CHASE INC., dba SLATER SHELL

12                                        **ORDER**

13

14      The Parties having so stipulated and good cause appearing,

15      IT IS HEREBY ORDERED that the Scheduling Conference currently set for December 3,
16
    2014, at 9:30 a.m. shall be continued to January 29, 2015, at 9:30 a.m. in Courtroom 7 before the
17
    Honorable Magistrate Judge Sheila K. Oberto.   The Parties' Joint Scheduling Report shall be filed
18
19  on or before January 22, 2015.

20

21  IT IS SO ORDERED.

22      Dated:   **November 25, 2014**          **/s/ Sheila K. Oberto**
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28