# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE, INC., d/b/a SLATER SHELL,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-01178-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 24) |

On March 13, 2015, Plaintiff Ronald Moore ("Plaintiff") filed a Motion seeking leave to file his First Amended Complaint against Defendant Chase, Inc., d/b/a Slater Shell ("Defendant"). (Doc. 24.) On March 23, 2015, Defendant filed its statement of non-opposition. (Doc. 27.) The Court reviewed the Motion and supporting documentation and determined that the matter was suitable for decision without oral argument pursuant to Local Rule 230(g); as such, the hearing on the motion was vacated.

Having considered the Motion of Plaintiff Ronald Moore ("Plaintiff") for leave to file his First Amended Complaint, the papers submitted, and the pleadings in this action, and given Defendant does not oppose amendment, the Court hereby GRANTS the Motion.

Accordingly, Plaintiff shall file his First Amended Complaint, a copy of which was attached as Exhibit "A" to his Motion, no later than five (5) court days after the filing of this

1 | Order.  Defendant shall thereafter have thirty (30) days within which to file a responsive pleading.

3 | IT IS SO ORDERED.

4 | Dated:   **March 27, 2015**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE