# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE, INC., d/b/a Slater Shell,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:14-cv-01178-SKO<br><br>**ORDER DISCHARGING SEPTEMBER 29, 2015 ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>(Doc. 66) |

On September 11, 2015, Plaintiff filed a "motion for an order to show cause re civil contempt" against third-party witness Fernando Fernandez. (Doc. 63.) Mr. Fernandez had failed to appear for a deposition pursuant to a duly served subpoena. (Doc. 63.) On September 29, 2015, the Court issued an order that Mr. Fernandez appear on October 28, 2015, to show cause why he should not be held in contempt for his failure to comply with the deposition subpoena served on him by Plaintiff. (Doc. 66.)

On October 28, 2015, Mr. Fernandez appeared at the hearing on the order to show cause, stated he was willing to comply with the deposition subpoena, and agreed to appear at 12:00 p.m., on November 6, 2015, for a deposition at the location indicated by Plaintiff in open court. (Doc. 70.) Plaintiff was instructed to file a declaration indicating whether the deposition was completed. (Doc. 70.)

On November 13, 2015, Plaintiff filed a declaration stating that Mr. Fernandez's deposition was completed on November 6, 2015, and requested that the order to show cause be

1  discharged.

2      In light of Mr. Fernandez's compliance and Plaintiff's counsel's declaration that Mr.
3  Fernandez's deposition has been completed, IT IS HEREBY ORDERED that the September 29,
4  2015, order to show cause re civil contempt of Mr. Fernandez is DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 20, 2015**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE